# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| NYOKA COMPAGNO,<br>*Plaintiff* | § § § | |
| v. | § § | **Case No. 1:23-CV-01068-RP** |
| TEXAS HEALTH AND HUMAN<br>SERVICES COMMISSION,<br>*Defendant* | § § § | |

## ORDER

Defendant Texas Health and Human Services Commission filed a Partial Motion to Dismiss in this case on October 26, 2023. Dkt. 5. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Pitman's form on or before **January 26, 2024**.

**SIGNED** on January 10, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1