# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **NYOKA COMPAGNO,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:23-CV-01068-RP |
| **TEXAS HEALTH AND HUMAN SERVICES COMMISSION,** *Defendant* | § § § | |

## ORDER

Defendant Texas Health and Human Services Commission filed a Partial Motion to Dismiss in this case on October 26, 2023. Dkt. 5. On January 10, 2024, the Court ordered the parties to file a proposed scheduling order by January 26, 2024. Dkt. 9. By Text Order entered January 22, 2024, the District Court stayed all deadlines pending resolution of Defendant's motion to dismiss. The District Court granted Defendant's motion on March 21, 2024. Dkt. 12. The stay has been lifted, and the parties are required to submit a proposed scheduling order under this Court's Local Rules. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **April 26, 2024**.

**SIGNED** on April 8, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE